■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS MARKS, Appellant. [858 NYS2d 645]—Judgment, Supreme Court, New York County (Daniel P. FitzGerald, J.), rendered on or about October 26, 2006, unanimously affirmed. No opinion. Order filed. Concur—Lippman, P.J., Tom, Gonzalez, Buckley and Renwick, JJ.